UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NDNY Case No.1:10-CR-436-001 |
| vs. | ) | EDTN Mag. No. 1:11-MJ-180 |
| | ) | |
| ARTHUR PROSKIN | ) | JUDGE CARTER |

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on August 5, 2011, in accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure for an initial appearance of the defendant on a Petition for Warrant or Summons for Offender Under Supervision out of the Northern District of New York. Those present for the hearing included:

(1) AUSA Terra Bay for the USA.
(2) The defendant, ARTHUR PROSKIN.
(3) Attorney Mary Ellen Coleman for defendant.
(4) Deputy Clerk Pam Scott.

After being sworn in due form of law, the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

It was determined the defendant wished to be represented by an attorney and he qualified for the appointment of an attorney to represent him at government expense. Attorney Mary Ellen Coleman of Federal Defender Services was APPOINTED to represent the defendant. It was ascertained defendant had been provided with a copy of the Petition for Warrant or Summons for Offender under Supervision and had the opportunity of reviewing those documents with Atty. Coleman. It was determined the defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

AUSA Bay moved defendant be detained without bail pending a hearing in the Northern District of New York.

Findings

(1) Explanation of Rule 20 of the Federal Rules of Criminal Procedure were made to the defendant. The defendant waived his Rule 5 identity hearing. The defendant asked to have a hearing on the Petition on Supervised Release in the Northern District of New York.

1

Conclusions

It is ORDERED:

(1) Defendant shall be DETAINED WITHOUT BAIL pending his transfer to the Northern District of New York.

(2) The U.S. Marshal shall transport defendant to the Northern District of New York for a hearing on a date to be determined once defendant is in said district.

ENTER.

*s/William B. Mitchell Carter*
UNITED STATES MAGISTRATE JUDGE

2

Case 1:11-mj-00180-WBC   Document 5   Filed 08/05/11   Page 2 of 2   PageID #: 8